*Slarskey LLC 767 Third Avenue, 14th Floor New York, NY 10017*

|  | Client's File No.: _____ |
|---|---|
| **AFFIDAVIT OF SERVICE** | Civil Action No.:   1:26-cv-02019-ALC |
|  | Date Filed:   **March 12, 2026** |
| **UNITED STATES DISTRICT COURT** | Court Date: _____ |
| **FOR THE SOUTHERN DISTRICT OF NEW YORK** | : _____ |

*PETER FLORES,*

*Plaintiff*

**vs**

*ROBERT F. KENNEDY, JR., as Secretary of the Department of Health & Human Services, et al.,*

*Defendant*

STATE OF  MARYLAND COUNTY OF     PRINCE GEORGES   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   District of Columbia

That on the following date: ___March 16, 2026___ , at the following time: ___12:20 PM___ ,

at ___200 INDEPENDENCE AVE, SW, WASHINGTON, DC 20201___ deponent served the within
Summons in a Civil Action, Complaint, Civil Cover Sheet and Notice of Appearance

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

**Upon:  HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency**
_____ .

[ ] **Individual**    By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person**    By delivering to and leaving with _____ , _____
**Relationship**
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State.  [ ] usual place of abode

[X] **Corporation LLC / LLP**    By delivering to and leaving with ___Joanne Mayes___ said individual to be ___Secretary___
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**    By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place    [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts**    Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**    Gender:  Female    Race:  Black    Color of hair:  Black    Age:  51 - 65 Yrs.    Height:  5ft 4inch - 5ft 8inch
Weight:  161-200 Lbs.    Other Features: _____

[ ] **Mail**    A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ .
on

[ ] **WITNESS FEES**    Subpoena Fee Tendered in the amount of  $.

[X] **MILITARY SERVICE**    I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on    ___03/18/2024___

*angela H. Croson*

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Michael Weaver

PROCESS SERVER LICENSE #

*ANGELA H CROSON*
*NOTARY*
*EXPIRES:*
*02-05-2029*
*PUBLIC MD*
*PRINCE GEORGE'S COUNTY*

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*    **Work Order #  1510693**