**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FLORES,

                    **Plaintiff,**

        **-against-**

**KENNEDY**

                    **Defendant.**

**26-cv-2019 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' answer was due April 6, 2026. Defendants have until April 17, 2026 to answer otherwise they risk default judgment being entered in favor of Plaintiff.

**SO ORDERED.**

**Dated:**  April 10, 2026

      **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**