AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Peter Flores | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    26 Civ. 2019 (ALC) |
| Robert F. Kennedy, Jr., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                       .

Date:     04/17/2026

                              /s/ Alyssa B. O'Gallagher
                                        *Attorney's signature*

                                Alyssa B. O'Gallagher
                                 *Printed name and bar number*

            United States Attorney's Office, SDNY
                 86 Chambers Street, 3rd Floor
                   New York, NY 10007

                                          *Address*

                      alyssa.o'gallagher@usdoj.gov
                                     *E-mail address*

                               (212) 637-2822
                                     *Telephone number*

                               (212) 637-2786
                                     *FAX number*