## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

PETER FLORES,

 *Plaintiff,*

vs.

ROBERT F. KENNEDY, JR., *et al.,*

 *Defendants.*

No. 1:26-cv-02019-ALC

**Notice of Motion to Stay Agency Decision or, in the Alternative, for a Preliminary Injunction**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Stay Agency Decision or, in the Alternative, for a Preliminary Injunction, supporting declarations, and exhibits, Plaintiff Peter Flores moves this Court, before the Honorable Andrew L. Carter, Jr. at the United States District Court for the Southern District of New York, located at the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY, 10007, for an Order Granting Plaintiff a stay under 5 U.S.C. § 705 of Defendants' final decision referring him to collections for the penalties and interest challenged in this Action. In the alternative, Plaintiff respectfully moves for a preliminary injunction preventing any collections action and any further accrual of interest on the challenged amounts, pursuant to Rule 65 of the Federal Rules of Civil Procedure.

DATED: April 24, 2026

Respectfully submitted,

Adam D. Hollander
Luc C. Pierre-Louis
SLARSKEY LLC

*Attorneys for Plaintiff*