Constance Van Kley *
  Van Kley Law PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

Rylee Sommers-Flanagan*
K.N. McCleary
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  kn@uppersevenlaw.com

Adam D. Hollander
Luc C. Pierre-Louis
  Slarskey LLC
  767 Third Avenue
  14th Floor
  New York, NY 10017
  (646) 893-0482
  ahollander@slarskey.com
  lpierrelouis@slarskey.com

Attorneys for Plaintiff
* Pro Hac Vice forthcoming

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER FLORES, <br><br>              *Plaintiff,* <br><br>    vs. <br><br> ROBERT F. KENNEDY, JR., *et al.,* <br><br>              *Defendants.* | No. 1:26-cv-02019-ALC <br><br><br> **Declaration of K.N. McCleary** |

I, K.N. McCleary, declare as follows:

1. I am an adult resident of Lewis and Clark County, Montana, and competent to make this declaration.

2. I am an attorney licensed to practice in Montana and admitted *pro hac vice* to the Southern District of New York for this matter.

3. I represent Peter Flores in this action.

4. On April 16, 2026, Defendants denied Peter Flores's request to stay the assessment of debt collection and interest pending judicial review.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


DATED this 24th day of April 2026.


/s/ *K.N. McCleary*
K.N. McCleary

*Declaration of K.N. McCleary*                                                                    2