Constance Van Kley *
  Van Kley Law PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

Rylee Sommers-Flanagan*
K.N. McCleary
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  kn@uppersevenlaw.com

Adam D. Hollander
Luc C. Pierre-Louis
  Slarskey LLC
  767 Third Avenue
  14th Floor
  New York, NY 10017
  (646) 893-0482
  ahollander@slarskey.com
  lpierrelouis@slarskey.com

*Attorneys for Plaintiff*
*\* Pro Hac Vice forthcoming*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PETER FLORES,<br><br>_Plaintiff,_<br><br>vs.<br><br>ROBERT F. KENNEDY, JR., _et al.,_<br><br>_Defendants._ | No. 1:26-cv-02019-ALC<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

Upon the declarations of Peter Flores and K.N. McCleary, sworn to the 24th day of April, 2026, and upon the memorandum of law hereto annexed, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 444, United States Courthouse, 40 Foley Square, in the City, County and State of New York, on _____, 2026, at _____o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from taking any action to collect on the alleged debt asserted against Plaintiff Peter Flores, including but not limited to wage garnishment, administrative offset, referral to collections, or any other collection activity, and from continuing to assess or accrue interest, penalties, or fees on the challenged amounts, pending final adjudication of this action; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants are temporarily restrained and enjoined from initiating or continuing any debt collection efforts against Plaintiff, including wage garnishment, tax refund offset, or referral to third-party collections, and from assessing or accruing any additional interest, penalties, or fees on the disputed amounts, pending the hearing and determination of Plaintiff's motion for a preliminary injunction; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____o'clock in the _____noon, _____, 2026, shall be deemed good and sufficient service thereof.

*[Proposed] Order to Show Cause for a Preliminary Injunction*                    2

DATED this __ day of _____ 2026.

ISSUED: _____

_____
ANDREW L. CARTER JR.
United States District Judge