

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/26

---

*86 Chambers Street*
*New York, New York 10007*

April 17, 2026

**By ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *Flores v. Kennedy, et al.*, No. 26 Civ. 2019 (ALC)

Dear Judge Carter:

     This Office represents defendants Robert F. Kennedy, Jr., the United States Department of Health and Human Services, Thomas J. Engels, and the Health Resources and Services Administration (together, the "Government") in the above-referenced matter.  I write respectfully to respond to the Court's Order, dated April 10, 2026, which stated that the Government's deadline to answer or otherwise respond to the complaint was April 6, 2026, and directed the Government to file its answer by April 17, 2026, to avoid the entry of default judgment in Plaintiff's favor.  *See* Dkt. No. 12.

     Federal Rule of Civil Procedure 12(a)(2) provides that "a United States agency, or a United States officer or other employee sued only in an official capacity" has 60 days from service on the U.S. Attorney to serve an answer to a complaint.  Plaintiff's affidavits of service state that the Government was served on March 16, 2026, which means that the Government's deadline to answer or otherwise respond to the complaint is May 15, 2026.  However, the docket entries accompanying Plaintiff's affidavits of service erroneously state that the Government's answer deadline was April 6, 2026.  *See* Dkt. Nos. 8–11.  The Government therefore requests that the Court's April 10 Order be modified to require the Government to answer or otherwise respond to the complaint by May 15, 2026.

     I thank the Court for its attention to this matter.

The Government has until 5/15 to
answer or otherwise respond to the
complaint.

Respectfully,

JAY CLAYTON
United States Attorney

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

By:   */s/ Alyssa B. O'Gallagher*
     ALYSSA B. O'GALLAGHER
     Assistant United States Attorney
     Tel.:  (212) 637-2822
     Email: alyssa.o'gallagher@usdoj.gov

4/24/26