UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORES

                          Plaintiff,

          -against-                         :        26-CV-2019 (ALC)

KENNEDY ET AL                               :        ORDER

Defendants.

ANDREW L. CARTER, JR., United States District Judge:

For oral arguments, each side will have 6 minutes for openings and then 3 minutes for

rebuttal.

SO ORDERED.
Dated:   June 8, 2026
         New York, New York

                                            ANDREW L. CARTER, JR.
                                            United States District Judge