**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FLORES

                    Plaintiff,

          -against-                        26-CV-2019 (ALC)

KENNEDY ET AL                              **ORDER**

Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the June 8, 2026 conference, Plaintiff is ordered to issue a demand to Defendants by June 11, 2026. The Parties are ORDERED to file a joint status report regarding settlement by June 18, 2026.

SO ORDERED.

Dated:  June 9, 2026
        New York, New York

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge