UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORES

                        Plaintiff,

            -against-                    :    26-CV-2019 (ALC)

KENNEDY ET AL                            :    ORDER

Defendants.

ANDREW L. CARTER, JR., United States District Judge:

The Court is in receipt of the Parties' June 18, 2026 joint status report. The Parties are ORDERED to

file a joint status report and stipulation of dismissal by June 25, 2026.

SO ORDERED.

Dated:  June 22, 2026
        New York, New York

                                        _____
                                        ANDREW L. CARTER, JR.
                                        United States District Judge